# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**SUZANNE SAMPSON,**

      **Plaintiff,**

-vs-                                      Case No. 6:09-cv-2114-Orl-31DAB

**BREWER, MICHAELS & KANE, LLC,**

      **Defendant.**

_____

## ORDER

This cause comes before the Court on Motion for Default Judgment (Doc. No. 15) filed April 30, 2010.

On May 26, 2010, the United States Magistrate Judge issued a report (Doc. No. 20) recommending that the motion be granted. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Motion for Default Judgment is GRANTED.

3. The clerk is directed to enter judgment in favor of Suzanne Sampson, against the Defendant Brewer, Michaels & Kane, LLC in the total amount of $3,826.61 ($1,000.00 in damages, $2,415.00 in attorney's fees, and $411.61 in costs). The clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on the 15th day of June, 2010.

                                                                   GREGORY A. PRESNELL
                                                          UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party